In the Matter of the Summary Proceedings by J. OLE NORTON and Another, Appellants, v. MAUDE NORTON, Respondent.— Order unanimously affirmed, with costs, on the ground that even though the contract of sale may have been abandoned the conventional relation of landlord and tenant did not exist and that a summary proceeding is, therefore, an improper remedy under the authority of *Evertson* v. *Sutton* (5 Wend. 281); *Benjamin* v. *Benjamin* (5 N. Y. 383) and *People ex rel. Mitchell* v. *Simpson* (28 id. 55).

PETER J. GROSS, Respondent, v. JAMES DELANEY, Appellant.— Judgment and order unanimously affirmed, with costs.

DOROTHY E. GOULD, Respondent, v. CITY OF ONEONTA, Appellant.— Judgment and order unanimously affirmed, with costs.

THE INGRAM-DAY LUMBER Co., INC., Appellant, v. EDWIN E. RISLEY, Respondent.— Judgment unanimously affirmed, with costs.

In the Matter of the Probate of the Last Will, etc., of MARGARETTA CULBERT, Deceased.— Motion granted, with ten dollars costs.

WILLIARD J. UNKENHOLZ, Respondent, v. KUCIEL HURWITZ and Another, Appellants.— Temporary stay is granted pending an application to Special Term for an order setting aside the sale and canceling the deed of record.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARY MIKULEC, Appellant.— Order amended by striking out all after the words " and due deliberation having been had, it is hereby " and inserting in place thereof the following: " Ordered that the said judgment be and the same hereby is unanimously reversed on the law only, the court having reviewed the facts and having determined that the verdict is not against the weight of the evidence, assuming that the declarations of the subject of the crime were legally a part of the evidence, but having determined that such declarations were incompetent. It is further ordered, that the said defendant have a new trial; and the Clerk of the County of Rensselaer is hereby directed to enter judgment accordingly."

Before STATE INDUSTRIAL BOARD, Respondent. MATTI LANTI, Respondent, v. TERRY & TENCH Co., INC., and Another, Appellants.— Motion denied.

Before STATE INDUSTRIAL BOARD, Respondent. JOHN DOMRES, Respondent, v. SYRACUSE SAFE COMPANY and Another, Appellants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted.

MERCHANTS NATIONAL BANK OF DETROIT, MICHIGAN, Appellant, v. KASCO MILLS, INC., Respondent, and Another.— Motion denied, with ten dollars costs.

Before STATE INDUSTRIAL BOARD, Respondent. ANNA PRZYBYLA and Another, Respondents, v. ST. MARY'S CHURCH OF NEW YORK MILLS, N. Y., and Another, Appellants.— Motion denied.

Before STATE INDUSTRIAL BOARD, Respondent. MARY LAWRENCE, Respondent, v. KENN-WELL CONTRACTING COMPANY and Another, Appellants.— Motion denied.

Before STATE INDUSTRIAL BOARD, Respondent. SOLOMON COHEN, Respondent, v. CHAMBERS BROTHERS and Another, Appellants.— Motion denied.

BENJAMIN H. GOLD, Appellant, v. CITY OF KINGSTON, Respondent, and Others.— Motion denied, with ten dollars costs.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NORTHERN LIGHT & POWER Co., INC., v. PUBLIC SERVICE COMMISSION.— Motion denied.